**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BRYCE DONALD JACOBS,
    Petitioner,

vs.                                            Case No.: 3:06cv329/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 9, 2007. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Respondent's motion to dismiss (Doc. 13) is **GRANTED**.

    3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as untimely.

    **DONE AND ORDERED** this 27th day of March, 2007.

                                               _s/ M. Casey Rodgers_
                                               **M. CASEY RODGERS**
                                             **UNITED STATES DISTRICT JUDGE**